UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-22986-CIV-LENARD/WHITE

**BIENVENITO JUAN RUIZ,**

   Petitioner,

vs.

**UNITED STATES OF AMERICA,**

   Respondent.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 8) AND DISMISSING PETITIONER'S MOTION TO VACATE SENTENCE (D.E. 1)

  **THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate Judge Patrick A. White ("Report," D.E. 8), issued on October 25, 2010. Petitioner Bienvenito Juan Ruiz ("Petitioner") filed his Objections to the Report ("Objections," D.E. 10) on November 15, 2010. After a *de novo* review of the Report, the Objections and the record, the Court finds as follows.

  The Report finds that Petitioner's self-styled Fed. R. Civ. P. 60(b) Motion ("Motion," D.E. 1) is actually a successive motion to vacate sentence pursuant to to 28 U.S.C. §, filed without first obtaining leave from Eleventh Circuit as required in 28 U.S.C. § 2244(b)(3)(A). (Report at 1.) Petitioner seeks to vacate the sentence in his criminal case no. 02-20378-LENARD. Petitioner filed a prior motion to vacate in this Court, civil case no. 05-22318-LENARD (denied on May 3, 2006; denial affirmed on appeal on October 5, 2006). Consequently, the Report recommends dismissing this successive petition. (*Id*. at 4.)

Plaintiff objects to the Report, repeating his arguments from this Motion and alleged evidence of the government's *Brady* violations. (*See generally*, Objections.) The Court need not address these arguments. The Court simply cannot ignore the clear statutory language of § 2244 and consider a successive motion without prior approval from the Eleventh Circuit. Petitioner cites no authority to the contrary. For this reason, his successive motion to vacate must be dismissed.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report and Recommendations of the Magistrate Judge (D.E. 8), issued on October 25, 2010, is **ADOPTED**.

2. Petitioner's Motion to Vacate Sentence (D.E. 1), filed on August 19, 2010, is **DISMISSED** as successive.

3. Petitioner's Motion to Appoint Counsel (D.E. 9), filed on November 12, 2010, is **DENIED** as moot.

4. This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 22nd day of February, 2011.

*Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**